NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INEZ O. STEELE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3085

---

Petition for review of the Merit Systems Protection Board in No. AT0831110758-A-1.

---

**ON MOTION**

---

**O R D E R**

Inez O. Steele moves to reinstate her petition for review.

On September 6, 2013, this court dismissed this petition for failure to timely file an appendix. An appendix was submitted by the petitioner on June 10, 2013 that did not include the certified list, but was not formally rejected.

STEELE v. MSPB                                                              2

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reinstate is granted. The mandate is recalled, the court's September 6, 2013 order is vacated, and the petition is reinstated.

(2) The appendix is accepted even though it does not include the certified list. The certified list is entry #5 on the electronic docket. A copy of the order will be forwarded to the merits panel assigned to hear this case.


FOR THE COURT


 /s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk


s21